**Order entered May 19, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-20-00750-CR
No. 05-20-00751-CR
No. 05-20-00752-CR
No. 05-20-00753-CR
No. 05-20-00754-CR

**JASON JACOB OSIFO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 296-81128-2020, 296-81129-2020, 296-81394-2016,**
**296-82063-2017 & 296-82964-2015**

### ORDER

Before the Court is appellant's May 18, 2021 second motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due by June 14, 2021.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE